

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORMAN DAVID BROOKS,

        Plaintiff,

    -against-

LANDSCHAFTLICHE BRANDKASSE HANNOVER;
NIEDERSACHSEN; NORDDEUTSCHE
LANDESBANK,

        Defendants.
------------------------------------------------------------X
------------------------------------------------------------X
NORMAN DAVID BROOKS,

        Plaintiff,

    -against-

CARMINE D. BOCCUZZI JR.,

        Defendant.
------------------------------------------------------------X

**CIVIL**

**JUDGMENT**

07 Civ. 7543 (KMW)

07 Civ. 7544 (KMW)

        By order dated August 24, 2007, this Court dismissed plaintiff's *pro se* complaints pursuant to 28 U.S.C. § 1915(e)(2). In addition, plaintiff was ordered to show cause within 60 days why judgment should not be entered barring him from filing any future actions in this Court without first obtaining the Court's permission to do so. Since plaintiff has failed to file any document showing cause as specified, he is hereby barred pursuant to 28 U.S.C. § 1651 from filing any future complaint in this Court unless he has first obtained permission to do so. It is,

        ORDERED, ADJUDGED AND DECREED: That the complaints are hereby dismissed and plaintiff is barred from filing any future complaints without first obtaining the Court's permission. 28 U.S.C. 1915(g). I certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith. See Coppedge v. United States, 369 U.S.

438, 444-45 (1962).

    SO ORDERED

_____
KIMBA M. WOOD
Chief Judge

Dated: FEB 0 5 2008
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON __2/6/08__.